UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Idy Klein,
individually and on behalf of
all those similarly situated,

Plaintiff,

Civil File No. 00-469 MJD/JGL

v.

**ORDER**

Microsoft Corporation,

Defendant.

---

This matter is before the Court on Plaintiff's motion to remand to state court and Defendant's motion to stay proceedings until the Judicial Panel on Multidistrict Litigation ("MDL Panel") rules on whether to transfer this action against Microsoft pursuant to 28 U.S.C. § 1407. The Court has reviewed the parties' motion papers. Plaintiffs move to have this matter remanded to state court on the basis that Defendant failed to satisfy the jurisdictional requirements for removal, namely here, the amount in controversy requirement for diversity of citizenship in which the dispute must exceed $75,000, excluding interest and costs. See 28 U.S.C. §§ 1332, 1441, 1446-7. Defendant moves the Court for a stay of proceedings pending the MDL Panel's determination. This Court recently stayed proceedings in similar actions against Microsoft in Steven Nielsen, et. al. v. Microsoft Corp., Civ. No. 99-2037 and The Rubbright Group, et. al. v. Microsoft Corp., Civ. No. 99-2017. Accordingly and consistent with those decisions,

IT IS HEREBY ORDERED that:

FILED MAY 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

1. Defendant's motion to stay is GRANTED; and

2. All proceedings in this action are hereby STAYED until the Court receives notice that the Judicial Panel on Multidistrict Litigation has decided to transfer this action to a single federal district court for all pretrial proceedings, pursuant to 28 U.S.C. § 1407, or that the Panel has not so decided. Defendant's counsel shall notify the Court within 15 days of the Panel's decision not to transfer this action.

Dated: 5-17-00

Michael J. Davis
Michael J. Davis
United States District Court Judge